# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN THOMAS, JR., | ) NO. CV 11-6723 GAF (FMO) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   July 11, 2012.

_/s/ Gary Feess_
GARY A. FEESS
UNITED STATES DISTRICT JUDGE